**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

TERRY WRIGHT,

      Plaintiff,

      v.

JAMAIN GADSON; TRANSPORTATION,
INC.; AGENT GROUP, INC.; and PRIME
INSURANCE COMPANY,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-127

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal and Request for Order Dismissing Less than All Parties," which purports to have been brought by "the Parties," but has been signed only by counsel for Plaintiff and counsel for Defendant Prime Insurance Company (hereinafter "Prime"); it does not include signatures of counsel for either of the other two Defendants who have appeared in this case.  (See generally doc. 9.)  In the "Joint Stipulation," the signatory parties, citing O.C.G.A. § 9-11-21 and 9-11-41 (which are inapplicable in this Court), purport to dismiss Prime without prejudice from the case.  (Id.)  While Federal Rule of Civil Procedure 41(a)(1)(A) permits the voluntary dismissal by a plaintiff of fewer than all defendants in an action through the filing of a notice or stipulation, see Jackson v. Equifax Information Servs., No. 1:19-cv-96, 2020 WL 476698 (S.D. Ga. Jan. 29, 2020), here, the document that has been filed was not signed by all parties that have appeared in this case as required for dismissal pursuant to Rule 41(a)(1)(A)(ii).

(See doc. 7 (Answer of Defendants Jamain Gadson and Transportation, Inc.).)  However, Rule 41(a)(2) permits a plaintiff to voluntarily dismiss an action "upon order of the court and upon such terms and conditions as the court deems proper."  This includes a plaintiff's action as to one defendant in a multi-defendant action.  Thus, the Court **CONSTRUES** the Joint Stipulation, (doc. 9), as a Rule 41(a)(2) motion to dismiss Defendant Prime.  The deadline for responses has passed and neither Gadson nor Transportation, Inc., have voiced any opposition to the dismissal of Prime.  Accordingly, the Court **GRANTS** the joint request, (doc. 9), and **DISMISSES** Defendant Prime Insurance Company **WITHOUT PREJUDICE**.  The Court **DIRECTS** the Clerk of Court to **UPDATE** the docket accordingly.

**SO ORDERED**, this 12th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2